ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**   Rio Piedras Explosion Litigation | **CIVIL CASE   96-2443 (CCC)** |

**GILBERTO CRUZ RIVERA, for himself and on behalf of his minor sons, JONATHAN CRUZ TAVERAS and GILBERTO CRUZ TAVERAS**

v.                                    **CIVIL CASE   96-2570(CCC)**

**ENRON CORPORATION, ET AL.**

## JUDGMENT

RECEIVED & FILED
01 OCT 18 PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

   Pursuant to the Order entered on August 28, 2001 granting docket entry #142, judgment is hereby entered dismissing said action with prejudice.

   In San Juan, Puerto Rico, this 21th day of September, 2001.


                              Frances Rios de Moran
                              Clerk of Court

                              _Fredo Ramos_
                              Deputy Clerk

5b
#6